IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01160-KLM

WALTER V. MCNIECE,

    Plaintiff,

v.

UNITED RESOURCE SYSTEMS, INC.,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss With Prejudice** [#22] (the "Motion"). Having carefully reviewed the Motion and the file and being fully advised in the premises,

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED** and that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

    Dated:  March 10, 2014

                                                   BY THE COURT:

                                                   Kristen L. Mix
                                                   United States Magistrate Judge